# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GMAC MORTGAGE, LLC,<br><br>        Plaintiff(s),<br><br>v.<br><br>NEVADA ASSOCIATION<br>SERVICES, INC., et al.,<br><br>        Defendant(s). | Case No. 2:13-cv-01157-GMN-NJK<br><br>**ORDER RE: MOTION TO STAY**<br><br>(Docket No. 23) |

Pending before the Court is Defendant Keynote Properties' emergency motion to, *inter alia*, stay proceedings until its motion for certification is decided. *See* Docket No. 23. Emergency motions are only proper in limited circumstances. Among other showings that are required, the movant must specifically describe the nature of the emergency. Local Rule 7-5(d)(1). The movant must also certify that, "after personal consultation and a sincere effort to do so, movant has been unable to resolve the matter without Court consultation." Local Rule 7-5(d)(3). "It shall be within the sole discretion of the Court to determine whether any such matter is, in fact, an emergency." *Id.*

The Court has reviewed the materials submitted, and finds that an emergency does not exist here. Accordingly, the pending motion will not be decided on an emergency basis and the briefing schedule shall follow that outlined in Local Rule 7-2.

IT IS SO ORDERED.

DATED: November 19, 2013

_____
Nancy J. Koppe
United States Magistrate Judge