# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GMAC MORTGAGE, LLC, | ) | Case No. 2:13-cv-01157-GMN-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 52) |
| NEVADA ASSOCIATION SERVICES INC., et al., | ) | |
| Defendant(s). | ) | |

On February 28, 2014, this case was stayed with 14 days remaining in the discovery period. Docket No. 32 (minutes of hearing staying case); *see also* Docket No. 21 at 2 (establishing discovery cutoff of March 14, 2014). Now that the stay has been lifted, the parties have filed a discovery plan seeking to entirely restart the discovery clock with an additional 180 days, for a total of nearly 360 days. Docket No. 52. The parties provide no explanation why this case warrants a discovery period of roughly double the presumptively reasonable period of 180 days. *See* Local Rule 26-1(b)(1). The parties also provide no explanation why the Court should reopen deadlines that expired prior to entry of the stay. *Cf.* Local Rule 26-4 (reopening expired deadlines requires a showing of good cause and excusable neglect). Accordingly, the discovery plan is **DENIED** without prejudice.

The parties shall file an amended joint proposed discovery plan by November 21, 2017. In addition to proposing new deadlines, the joint proposed discovery plan shall (1) identify with particularity the discovery conducted to date, (2) identify with particularity the discovery remaining, (3) to the extent applicable, explain why good cause exists for any discovery period longer than what

remained at the time the stay was imposed, and, (5) to the extent the parties seek to revive any deadline(s) that expired prior to entry of the stay, explain why excusable neglect exists to do so.[1]

IT IS SO ORDERED.

DATED: November 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The amended discovery plan shall also provide the correct initials for the assigned district judge in the case number.