# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GMAC MORTGAGE LLC, | Case No. 2:13-cv-01157-GMN-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| NEVADA ASSOCIATION SERVICES, INC., et al., | (Docket No. 60) |
| Defendant(s). | |

The default period for reply briefs is seven days. Local Rule 7-2(b). Pending before the Court is a stipulation to provide Plaintiff 29 days to file a reply brief to its motion to amend. Docket No. 60. The reasons provided are insufficient to more than quadruple the standard briefing period, and the Court will instead provide an extension of seven days. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part, and the deadline for Plaintiff to file its reply is **EXTENDED** to December 18, 2017.

IT IS SO ORDERED.

DATED: December 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge