UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GMAC MORTGAGE, LLC,<br><br>               Plaintiff(s),<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC., et al,<br><br>               Defendant(s). | Case No. 2:13-cv-01157-GMN-NJK<br><br>ORDER<br><br>(Docket Nos. 63-65) |

On January 5, 2018, Plaintiff filed notices of deposition. Docket Nos. 63-65. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket Nos. 63-65 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: January 8, 2018

                                                      _____
NANCY J. KOPPE
United States Magistrate Judge