LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
kanderson@lipsonneilson.com
pdunkley@lipsonneilson.com
*Attorneys for Peccole Ranch
Community Association;
Nevada Association Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC., a Domestic Corporation; PECCOLE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit Corporation; KEYNOTE PROPERTIES, LLC,<br><br>Defendants, | CASE NO.: 2:13-cv-1157-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PECCOLE RANCH COMMUNITY ASSOCIATION AND NEVADA ASSOCIATION SERVICES, INC. TO FILE REPLY TO PLAINTIFF'S OPPOSITION AND RESPONSE TO COUNTERMOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |
| KEYNOTE PROPERTIES, LLC, a Nevada limited liability company,<br><br>Defendant/Counterclaimant,<br><br>v.<br><br>DITECH FINANCIAL, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff/Counterdefendant | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendants PECCOLE RANCH COMMUNITY ASSOCIATION and NEVADA ASSOCIATION SERVICES, INC. shall have through and including **February 26, 2018**, within which to file and serve a reply to Plaintiff's Opposition and a response to Plaintiff's Countermotion for Summary Judgment.

This is the first extension from the original due date of February 12, 2018, and the parties' first request for an extension.

Pursuant to Local Rule 7-1, the parties state the reason for the continuance is that Peccole Ranch Community Association and Nevada Association Services, Inc. requires more time to evaluate and to prepare a consolidated response to the Plaintiff's Response to the HOA's Motion to Dismiss and the Lender's Countermotion (ECF Nos. 70, 71). The parties have entered into this agreement in good faith and not for purposes of delay.

| Dated this 12th day of February, 2018. | Dated this 12th day of February, 2018. |
|---|---|
| ALDRIDGE PITE, LLP | LIPSON, NEILSON, P.C. |
| By: _/s/ Anthony R. Sassi_<br>Laurel I. Handley. Esq.<br>Nevada Bar No. 9576<br>Anthony R. Sassi, Esq.<br>Nevada Bar No. 12486<br>520 South 4th St., Suite 360<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff*<br>*Ditech Financial, LLC* | By: _/s/ Peter E. Dunkley_<br>Kaleb D. Anderson, Esq.<br>Nevada Bar No. 7582<br>Peter E. Dunkley, Esq.<br>Nevada Bar No. 11110<br>9900 Covington Cross Drive, #120<br>Las Vegas, Nevada 89144<br>*Attorneys for Peccole Ranch Community Association;*<br>*Nevada Association Services, Inc.* |

CASE NO.: 2:13-cv-1157-GMN-NJK
*Dietch Financial, LLC v. Peccole Ranch Community Association.*
**Stipulation & Order to Extend Time for Peccole Ranch and Nevada Association Services, Inc. to File Reply to Opposition and Response to Countermotion**

### ORDER

On February 12, 2018, the parties filed a Stipulation to Extend Time for Defendants to file a reply and a response on February 26, 2018. The previous deadline was February 12, 2018. On February 26, 2018, Defendants filed their response and reply, (ECF Nos. 73, 74). Accordingly, **IT IS HEREBY ORDERED** that the Motion to Extend Time, (ECF No. 72), is **GRANTED** *Nunc Pro Tunc*.

DATED this __6__ of March, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Submitted by:

LIPSON NEILSON P.C.

By:   */s/ Peter E. Dunkley*
     KALEB D. ANDERSON, ESQ.
     Nevada Bar No. 7582
     PETER E. DUNKLEY, ESQ.
     Nevada Bar No. 11110
     9900 Covington Cross Drive, Suite 120
     Las Vegas, Nevada 89144
     (702) 382-1500 - Telephone
     (702) 382-1512 – Facsimile
     kanderson@lipsonneilson.com
     pdunkley@lipsonneilson.com
     *Attorneys for Peccole Ranch*
     *Community Association;*
     *Nevada Association Services, Inc.*