# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, a Delaware Limited Liability Company, | |
| Plaintiff, | Case No.: 2:13-cv-01157-GMN-NJK |
| vs. | **ORDER** |
| NEVADA ASSOCIATION SERVICES, INC., a Domestic Corporation; PECCOLE RANCH COMMUNITY ASSOCIATION, a Domestic Non-Profit Cooperative Corporation; KEYNOTE PROPERTIES, LLC ; and DOES 25 though 10 Inclusive, and ROES 1 through 10, inclusive, | |
| Defendants. | |
| KEYNOTE PROPERTIES, LLC, a Nevada limited liability company, | |
| Defendant/Counterclaimant, | |
| vs. | |
| DITECH FINANCIAL, LLC a Delaware Limited Liability Company, | |
| Plaintiff/Counterdefendant. | |

On March 27, 2018, the parties filed a Status Report, (ECF No. 81), pursuant to the Court's Order, (ECF No. 80), stating that "the Parties agree that all claims pending in the current action have either been adjudicated or have been rendered moot." (Status Report 2:8–9).

However, the parties seek amendment of the Court's Order as "[t]he Parties believe the Court intended to conclude that Keynote's interest in the Property remains subject to the Deed

of Trust." (*Id.* 2:22–3:1). The Court agrees, as the Court's Order ultimately holds that Plaintiff's interest was not extinguished, rendering Keynote's interest subject to Plaintiff's.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's remaining claims for wrongful foreclosure, negligence, and negligence per se are **DENIED as moot**.

The Clerk of Court shall close the case.

**DATED** this <u> 28 </u> day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court